# EXHIBIT H

May 21, 2023

My name is Maria Elsa Delgado, I am the grandmother of Francisco Gonzalez Zamora. We are a humble family that is destroyed by the situation that my grandson is going through due to his actions. We are not perfect your honor, as human beings we all make mistakes, that helps us improve over time. My grandson used to visit me every morning to see how I was doing, I really miss my fernandito and it hurts me not to know if I will see him again. It destroys my soul that he returns and no longer finds me. I feel very heartbroken, not knowing when he will return. I know he is a good boy, but our economic situation hit him the hardest, putting pressure on him and leading him to make a mistake. Help us, have mercy on my boy.

M.E.D

Jardimijo 21 de mayo

Soy Delgado María Astrid, abuelita de Francisco González Zamora cc. 130944975.

Pongo todo mi afecto y mi corazón hacia usted. Se lo pide una abuela y una familia derrumbada y debastada por la situación que está pasando mi nieto. Todos somos seres humanos, todos en algún momento cometemos errores, y nos arrepentimos pero mejoramos con el tiempo. No somos perfectos mi señor. Mi nieto venía todos los días en la mañana para ver como estábamos. Cuanto falta me hace mi Fernandito. Estoy acabada y no se si lo alcance a ver. Tal vez cuando el venga quizás no me encuentre. Siento mucho desconsuelo al saber que no lo voy a ver mas. Que queda la ilución que siempre fue un buen chico. Nosotros los pobres siempre nos toca lo mas difícil. Ayúdenos. Tenga piedad por favor señor piedad por mi muchacho.

M.E.D
13094975.24